# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DOVE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY EDUCATION CENTERS INC., d/b/a GEORGE W. HILL CORRECTIONAL FACILITY, DELAWARE COUNTY PRISON | : | NO. 12-4384 |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *5th* day of *November*, 2012, upon consideration of the Motion by Defendant Community Education Centers, Inc. to Dismiss Plaintiff William Dove's Family and Medical Leave Act claims (Docket No. 6) and the Response of Plaintiff (Docket No. 7), it is hereby **ORDERED** that the Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.