IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DOVE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.  12-4384 |
| COMMUNITY EDUCATION CENTERS | : | |
| INC., d/b/a GEORGE W. HILL | : | |
| CORRECTIONAL FACILITY, | : | |
| DELAWARE COUNTY PRISON, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this *2nd* day of *December*, 2013, upon consideration of the Motion by Defendant Community Education Centers Inc., d/b/a George W. Hill Correctional Facility, Delaware County Prison for Summary Judgment (Docket No. 26), the Response of Plaintiff William Dove (Docket No. 29), and Defendant's Reply Brief (Docket No. 30), it is hereby **ORDERED** that the Motion is **GRANTED** in its entirety.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on the entirety of the Complaint.

This case is **CLOSED**.

BY THE COURT:


 *s/Ronald L.Buckwalter*
RONALD L. BUCKWALTER, S.J.